Nathan, A
Part 1

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:        (212) 637-2717
john.gura@usdoj.gov



JAN 3 1 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    PART I

UNITED STATES OF AMERICA,                :    WRIT OF GARNISHMENT

        Plaintiff and                   :    10 CR 0338 (~~SAS~~)
        Judgment-Creditor,

                                        :

        -v.-

                                        :

ELVISTON RAMASIR,

                                        :

        Defendant and
        Judgment-Debtor,                :

        and                             :

AUTORAMA SALES, INC.,                    :

        Garnishee.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREETINGS TO:    AUTORAMA SALES, INC.
                3310 Sunrise Hwy
                Wantagh, NY 11793
                Attn: Donna Ramasir

      An application for a Writ of Garnishment against the property of defendant Elviston Ramasir, (the "debtor"), whose last known address is 4 Sparrow Ln, Manorville, NY 11949, has been filed with this Court. On June 6, 2011, a judgment arising out of an order of

restitution was entered against the debtor in the amount of $1,429,449.67. The balance due on the judgment as of January 23, 2020, is $1,443,294.09.

You are required by law to withhold and retain any property in which the debtor has a substantial nonexempt interest and for which you have or may become indebted to the debtor pending further order of the Court. You are required by law to file a written answer, under oath, within ten (10) days of service of this writ stating whether or not you have in your custody, control or possession, any property owned by the debtor, including nonexempt, disposable earnings. Please state whether or not you anticipate making any future payments to the debtor and whether such payments will likely be weekly, bi-weekly or monthly.

You must file the original answer to this writ with the Clerk of the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520. Additionally, you are required to serve a copy of the answer upon the debtor Elviston Ramasir, at 4 Sparrow Ln, Manorville, NY 11949, and upon Assistant United States Attorney John E. Gura, Jr., United States Attorney's Office, 86 Chambers Street, New York, New York 10007.

There may be property which is exempt by law from this writ of garnishment. Property which is exempt and which is not subject to this writ is listed on the annexed Notice from the Clerk of the United States District Court.

Pursuant to 15 U.S.C. § 1674, as Garnishee, you are prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance therewith, the United States of America may petition the Court for an order directing you to appear before the court to show good cause why you failed to comply with this writ. If you fail to appear or do

appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to the debtor any items attached by this writ.

Dated: New York, New York

January 30, 2020

So Ordered:

_____
UNITED STATES DISTRICT JUDGE